JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MORTON, et al<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>                    Defendant. | **CASE NO. CV 12-10969 GHK (AGRx)**<br><br>**ORDER OF DISMISSAL** |

     The Court having been advised by counsel for the parties that the above-entitled action has been settled,

     **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED: 6/6/13

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE