JS-6

FILED: 8/01/13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MORTON as Successor Trustee of the LAWRENCE BENNETT REVOCABLE LIVING TRUST dated February 6, 2012,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a business organization, form unknown, and VERIZON COMMUNICATIONS, INC., a corporation,,<br><br>　　　　Defendants. | Case No. CV 12-10969 GHK (AGRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV 12-10969 GHK (AGRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: August 1, 2013

_____
Hon. George H. King
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

-0.0

Case No. CV 12-10969 GHK (AGRx)
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE